**Fill in this information to identify your case and this filing:**

Debtor 1  **Curtis** **G.** **Tegeler**
          First Name   Middle Name   Last Name

Debtor 2  **Sandra** **Lynn** **Tegeler**
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **16-35634**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1.
**124 Vela Rd.**
Street address, if available, or other description

**Huntsville**      **TX**   **77301**
City              State   ZIP Code

**Walker**
County

**VELA ROAD SUBDIVISION, LOT 16.2, ACRES 10, WALKER COUNTY, TX**

**What is the property?**
Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $350,000.00

**Current value of the portion you own?**  $350,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☒ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................... ➔  **$350,000.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☒ Yes

Debtor 1  **Curtis** **G.** **Tegeler**  Case number (if known) __16-35634__
      First Name    Middle Name    Last Name

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Ford | ☒ Debtor 1 only | | |
| Model: | F350 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2015 | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 72,000 | ☐ At least one of the debtors and another | $35,000.00 | $35,000.00 |
| Other information: | | ☒ Check if this is community property (see instructions) | | |
| **2015 Ford F350 (approx. 72000 miles)** | | | | |

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | | |
| Model: | F250 | ☒ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2016 | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 1,500 | ☐ At least one of the debtors and another | $40,000.00 | $40,000.00 |
| Other information: | | ☒ Check if this is community property (see instructions) | | |
| **2016 Ford F250 (approx. 1500 miles)** | | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ☒ Yes

| 4.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Ranger | ☐ Debtor 1 only | | |
| Model: | Bass | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2004 | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $10,000.00 | $10,000.00 |
| **Ranger Bass Boat (approx. 10 years old)** | | ☒ Check if this is community property (see instructions) | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................ ➔   **$85,000.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

                    **Current value of the portion you own?**
                    Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☒ Yes. Describe..... **See continuation page(s).**      $8,324.00

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☒ Yes. Describe..... **Computer**      $125.00

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☒ No
    ☐ Yes. Describe.....

Debtor 1  **Curtis G. Tegeler**       Case number (if known) **16-35634**
          First Name  Middle Name  Last Name

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    - ☐ No
    - ☒ Yes. Describe..... **See continuation page(s).**    $6,220.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☐ No
    - ☒ Yes. Describe..... **See continuation page(s).**    $15,605.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☒ Yes. Describe..... **See continuation page(s).**    $300.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes. Describe..... **See continuation page(s).**    $1,650.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☐ No
    - ☒ Yes. Describe..... **Labrador**    $100.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes. Give specific information............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.**..........→    **$32,324.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ☒ Yes.................................................................................................................. Cash: ...................    $10.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ☒ Yes............................ Institution name:

      | | | | |
      |---|---|---|---|
      | 17.1. | Checking account: | **Frost Bank, last 4 digits 1158** | ($502.49) |
      | 17.2. | Checking account: | **Randolph Brooks FCU, last 4 digits 2132**<br>**Very low value but cannot confirm**<br>**San Antonio, TX** | Unknown |
      | 17.3. | Checking account: | **First Financial Bank, last 4 digits 1299**<br>**New Waverly, TX** | $78.92 |

| Debtor 1 | **Curtis** | **G.** | **Tegeler** | Case number (if known) | **16-35634** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | 17.4. | Checking account: | **Frost Bank, last four digits 6090** | **($571.04)** |
|---|---|---|---|---|
| | 17.5. | Checking account: | **Frost checking account belonging to Kathryn Rohlf (joint debtor's elderly mother).** | **$0.00** |
| | 17.6. | Savings account: | **Randolph Brooks FCU, last 4 digits 2132.** **San Antonio** | **$2.00** |
| | 17.7. | Savings account: | **Frost savings account belonging to Kathryn Rohlf (joint debtor's elderly mother)** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes............................  Institution or issuer name:

| | |
|---|---|
| **Exobox stocks on E-trade** | **$0.00** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.......................... Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| **Tegeler Oilfield Services, Inc.** **This company is owned by CGT Trust (45%) and SLT Trust (45%) and Glenn Tegeler, Debtor's father (10%).** | **90%** | **$0.00** |
| **Hawkeye NDT, LLC, owned by SLT Trust (51%) and CGT Trust (19%), Glenn Tegeler, Debtor's father, (30%) and Shawn Randolph (0% to increase over time).** **Financial Statement available upon request.** | **70%** | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........................  Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................        Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

Debtor 1  **Curtis**  **G.**  **Tegeler**  Case number (if known) **16-35634**
         First Name   Middle Name   Last Name

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them   **See continuation page(s).**   $0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......  **Federal: Tax refund which may offset back taxes owed to the IRS. Amt: Unknown**

Federal:   **Unknown**
State:   **$0.00**
Local:   **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony:   **$0.00**
Maintenance:   **$0.00**
Support:   **$0.00**
Divorce settlement:   **$0.00**
Property settlement:   **$0.00**

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information   **Texas Workforce Decision dated 8/4/16 ordering FWM Tubular & Equipment Corp. to pay Debtor $14,156.91.  Uncollectable.**   **$0.00**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.............   Company name:   Beneficiary:   Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

Debtor 1 **Curtis** **G.** **Tegeler**          Case number (if known) __16-35634__
        First Name     Middle Name     Last Name

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ☐ No
    - ☑ Yes. Describe each claim........ **Counterclaim against William Huebel, who filed chapter 7 in the Eastern District of Texas (16-60429) on 7/7/16. The pending lawsuit is 2015-27281, 234th District Court, Harris Co., Texas.**     **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☑ No
    - ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................ ➔ **($982.61)**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ☑ Yes. Describe.. **Machinery and Office Equipment owned by CGT Investments and SLT Investments-Guarantor Trusts. Located at 3162 Ave M, Conroe, TX.**     **$0.00**

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ☑ Yes. Describe..... Name of entity:     % of ownership:
      **Arrowhead Associates, which was shut down in 2015. Owned by Curtis Tegeler (75%) and Glenn Tegeler (25%), debtor's father.**     **75%**     **$0.00**

Debtor 1 __Curtis_____G._____Tegeler_____    Case number (if known) __16-35634__
         First Name   Middle Name   Last Name

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.....                                                                 _____

44. **Any business-related property you did not already list**

    ☐ No
    ☑ Yes. Give specific information.

    **FWM Tubular and Equipment Corp.**
    **This entity was owned 50% by Debtor (who resigned) and 50% by William L. Huebel, who closed down the business and filed chapter 7 on 7/7/16 in the Eastern District of Texas (16-60429).**                                                                                          $0.00

    **BC Gulf Coast Machine & Supply, Inc.  This entity is closed down.  Originally, Debtors each owned 25% and their partners were spouses who each owned 25% (2008-2014).  In 2014, Debtors bought out the partners and so owned the entity 50/50, but then they had an Asset Sale to William Huebel and FWM Tubular.  Debtors technically owned the business name, but William Huebel and FWM Tubular owned the assets.**                                                       $0.00

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................ ➔   $0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☐ No. Go to Part 7.
    ☑ Yes. Go to line 47.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes....                                                                                  _____

48. **Crops--either growing or harvested**

    ☑ No
    ☐ Yes. Give specific information................                                           _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☐ No
    ☑ Yes....  **See continuation page(s).**                                                    $21,700.00

50. **Farm and fishing supplies, chemicals, and feed**

    ☐ No
    ☑ Yes....  **6' Scaffolding**                                                               $25.00

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information................                                           _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here............................................................................ ➔   $21,725.00

Official Form 106A/B                     Schedule A/B: Property                                    page 7

| Debtor 1 | **Curtis** | **G.** | **Tegeler** | Case number (if known) | 16-35634 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here............................** ➔ $0.00

## Part 8: List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2..................................................................................................** ➔ $350,000.00

**56. Part 2: Total vehicles, line 5** — $85,000.00

**57. Part 3: Total personal and household items, line 15** — $32,324.00

**58. Part 4: Total financial assets, line 36** — ($982.61)

**59. Part 5: Total business-related property, line 45** — $0.00

**60. Part 6: Total farm- and fishing-related property, line 52** — $21,725.00

**61. Part 7: Total other property not listed, line 54** + $0.00

**62. Total personal property.** Add lines 56 through 61.................. $138,066.39   Copy personal property total ➔ + $138,066.39

**63. Total of all property on Schedule A/B.** Add line 55 + line 62................................................. $488,066.39

Official Form 106A/B  Schedule A/B: Property  page 8

Debtor 1  **Curtis**        **G.**          **Tegeler**                Case number (if known) __16-35634__
       First Name   Middle Name   Last Name

**6.** **Household goods and furnishings (details):**

| Item | Value |
|---|---:|
| Couch | $500.00 |
| Sofa table-15 years old | $25.00 |
| Small Drawer/Cabinet | $100.00 |
| Two Pieces of Metal Wall Art | $80.00 |
| Element TV | $75.00 |
| LG TV | $100.00 |
| Small Flat Screen TV | $75.00 |
| Loveseat | $50.00 |
| Dining room table w/5 chairs-15 years old | $75.00 |
| Kitchen utensils | $100.00 |
| Kitchen pots and pans | $75.00 |
| Plates and glassware | $40.00 |
| Fish plates-50 years old | $125.00 |
| Plastic Dog Crates (3) | $45.00 |
| Piano- approx. 18 years old | $500.00 |
| Corner shelf | $25.00 |
| Christmas Decorations and Lights | $100.00 |
| Shark Vacuum | $75.00 |
| Steam mop | $25.00 |
| King Adjustable Mattress-3 years old | $200.00 |
| Wooden night stand-30 years old | $15.00 |
| Wooden night stand-black | $15.00 |
| Queen size Rustic Bedroom set-2 nightstands, 1 armoire, 1 dresser with mirrors | $400.00 |
| Youth Bedroom Set-Full mattress, computer desk, dresser with mirrors, chest of drawers and nightstand | $600.00 |
| Bedroom Set-Black, Queen, dresser with mirror, chest of drawers and nightstand | $600.00 |
| Refrigerator 6 years old | $100.00 |
| Crockpots, Roaster, toaster and mixer | $75.00 |
| Refrigerator-outside-20 years old, freezer broken | $25.00 |
| Ascend Refrigerator-Approx 8 years old | $75.00 |
| Honda Pressure Washer-2 years old | $50.00 |
| Gas Griddle w/utensils | $100.00 |
| Outdoor Fire ring - rusted out bottom | $20.00 |
| Chest Freezer-20 y/o | $20.00 |
| Chest Freezer-Broken, but can be used for storage | $20.00 |

Debtor 1  **Curtis**         **G.**           **Tegeler**                                    Case number (if known) **16-35634**
            First Name      Middle Name      Last Name

| | |
|---|---:|
| **Upright Freezer-Frigidair-2 y/o** | $75.00 |
| **Crawfish Boiler with pots** | $25.00 |
| **Upright Freezer-Broken** | $20.00 |
| **Ice Machine-Broken-Over 10 years old** | $125.00 |
| **Fish Fryer** | $50.00 |
| **Tool Box with Tools** | $150.00 |
| **Lawnmower-Bad Boy Zero turn. 54"** | $800.00 |
| **Stihl Chainsaw-2012** | $30.00 |
| **Stihl Weedeater 2013** | $30.00 |
| **Miscellaneous Tools (Nuts/Bolts/Wire)** | $25.00 |
| **Tailgate BBQ** | $10.00 |
| **Wire Shelves (3)** | $30.00 |
| **metal filing cabinet** | $20.00 |
| **metal shelves** | $20.00 |
| **Fireproof cabinet** | $40.00 |
| **Two Wood Shelves- Approximately 12 years old** | $20.00 |
| **Gun Safe** | $1,000.00 |
| **Reloading Equipment and Supplies** | $500.00 |
| **Ammunition-Various Calibers** | $150.00 |
| **Small Metal Cabinet** | $10.00 |
| **Folding yard chairs (4)** | $20.00 |
| **Redfish Mount** | $40.00 |
| **Gas Cans (3)** | $9.00 |
| **Filing Cabinet** | $15.00 |
| **Folding Tables (2)** | $20.00 |
| **Metal Patio Set-25+ years old and rusted** | $30.00 |
| **Firewood Stand** | $15.00 |
| **lamps 4- at least 4 years old.** | $40.00 |
| **Microwave oven-six years old** | $25.00 |
| **Chest of Drawers-18 years old** | $50.00 |
| **LG Washer-agitator broken** | $225.00 |
| **LG Clothes Dryer** | $200.00 |

9. <u>**Equipment for sports and hobbies (details):**</u>

| | |
|---|---:|
| **ATV-2010 Polaris Ranger Crew-Front end needs repair** | $1,200.00 |
| **Fishing Poles W/tackle (Lot of 9)** | $350.00 |
| **Portable Ice Chests (lot of 6)** | $100.00 |

Debtor 1  **Curtis**     **G.**     **Tegeler**     Case number (if known) __16-35634__
          First Name       Middle Name       Last Name

| Item | Value |
|---|---:|
| Golf Clubs (Approximately 10 years old) | $75.00 |
| Duck Decoys | $20.00 |
| Tie Down Straps | $20.00 |
| Tailgate Feeder | $60.00 |
| Bow and Arrow with Case | $200.00 |
| 20 shoulder mounts | $800.00 |
| Hunting Knives (Lot of 10) | $250.00 |
| Scope- ATN mars x 6 night vision | $800.00 |
| Scope- 6-18-50 Swarovski | $700.00 |
| Scope-Barsill 3x9x50 | $20.00 |
| Scope-Redfield 4x12x40 | $20.00 |
| Scope-Leupold 3x9x40 | $50.00 |
| Scope-Leupold Hogplex 1.5-4X | $50.00 |
| Scope- Weaver 4x post | $20.00 |
| Scope- L3 EOTECH | $75.00 |
| Scope-Simmons 2.8x10x44 | $20.00 |
| Scope-Steiner Predator 2.5x X 10x  42 mm | $50.00 |
| Scope-Vortex 4x-12x | $50.00 |
| Scope-Weaver 4x24 | $10.00 |
| Scope-Zeiss Diascope 85T*FL | $680.00 |
| Binoculars-Swarovski EL 10x42 | $600.00 |

10. <u>Firearms (details):</u>

| Item | Value |
|---|---:|
| Firearm-Black Gold 12 Gauge | $2,000.00 |
| Firearm- A5 All Weather 12 gauge 3 1/2 | $400.00 |
| Firearm-Aero Precision 223 | $500.00 |
| Firearm-Benelli M2 12 Gauge | $400.00 |
| Beretta Pistol Model 96 .40 cal | $350.00 |
| Firearm 682 Gold E o/u 12 gauge | $1,200.00 |
| Firearm-Snake Slayer 45 cold 970 | $125.00 |
| Firearm-525 o/u 20 gauge | $700.00 |
| Firearm-A5 automatic 20 gauge | $600.00 |
| Firearm-525 o/u 410 | $500.00 |
| Black Gold o/u 20/28 gauge | $1,500.00 |
| Firearm-300 Ultra 27 1/2 BB | $1,200.00 |
| Firearm 60 22 LR | $30.00 |
| Firearm- BO .410 | $25.00 |

| Debtor 1 | **Curtis** | **G.** | **Tegeler** | Case number (if known) | **16-35634** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---:|
| **Remington 204** | $250.00 |
| **Remington Model 7 .17** | $175.00 |
| **Firearm r-15 .223** | $450.00 |
| **Firearm-Model 870 Wingmaster 20 gauge-needs repair** | $75.00 |
| **Firearm-700 AAC-SD 300 BO** | $300.00 |
| **Firearm-Ruger M77 Hornet** | $200.00 |
| **Firearm-Ruger SR 556 5.56** | $400.00 |
| **Firearm- .357 3"** | $200.00 |
| **Firearm- Stevens Model 94  .410** | $25.00 |
| **Firearm-Encore 22-250 Black Powder with two barrels** | $600.00 |
| **Firearm- PPKIS .380** | $100.00 |
| **Firearm-Weatherby Mark V 22-250** | $400.00 |
| **Firearm-Winchester 300 Ultra 29" barrel** | $1,000.00 |
| **Firearm 270 WSM 26" Barrel** | $800.00 |
| **Winchester 70 223 WSM** | $250.00 |
| **Winchester 70 25-300WSM** | $650.00 |
| **Firearm Model 700 .222 Needs repair** | $200.00 |

11. <u>**Clothes (details):**</u>

| | |
|---|---:|
| **Casual and business clothes-womens** | $100.00 |
| **Casual and business mens clothing** | $200.00 |

12. <u>**Jewelry (details):**</u>

| | |
|---|---:|
| **Wedding band-missing main diamond** | $600.00 |
| **Diamond Cross Necklace** | $250.00 |
| **Gold Chains (broken)** | $250.00 |
| **Earrings-Diamond Stud** | $300.00 |
| **Dinner Ring with small diamond** | $250.00 |

25. <u>**Trusts, equitable or future interests in property (details):**</u>

| | |
|---|---:|
| **CGT Investment Trust.  Irrevocable trust settled by Glenn Tegeler (Debtor's father).  The trust owns a portion of Hawkeye NDT, LLC, Tegeler Oilfield and Lehmann Repairs.** | $0.00 |
| **SLT Investment Trust.  Irrevocalbe trust settled by Glenn Tegeler (Debtor's father); SLT owns a portion of Hawkeye NDT, LLC, Tegeler Oilfield and Lehmann Repairs.** | $0.00 |
| **Proprietary customer list owned by CGT Trust and SLT Trust.** | $0.00 |

49. <u>**Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details):**</u>

| | |
|---|---:|
| **Saddle-6 years old** | $200.00 |
| **Trailer-6'x16 scrap trailer. Homemade.** | $300.00 |
| **2010 Flatbed trailer** | $500.00 |
| **2013 Flatbed Trailer-24'** | $1,200.00 |

Debtor 1  **Curtis** **G.** **Tegeler**  Case number (if known) __16-35634__
  First Name   Middle Name   Last Name

**2014 Polaris Ranger** $3,000.00

**2012 4 Star 3 horse gooseneck trailer** $16,500.00